# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

April 13, 2016

United Credit Recovery
Po Box 953245
Lake Mary, FL  32795


Chapter 13 Case No.: 11-45825-WJL13
Re: Lucita Cuevas Love

We received a notification that the address for claim #5 filed by UNITED CREDIT RECOVERY, is no longer valid or has changed.


We have no authority to send payments to a different address, or send payments to a non-creditor absent a court order.  Any change of address or transfer of claim **MUST** be filed with the Bankruptcy Court.

> Oakland Bankruptcy Court
> 1301 Clay Street
> Oakland, Ca  94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim.  When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.


Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

| | |
|---|---|
| Patrick L Forte Atty | Lucita Cuevas Love |
| 1624 Franklin St #911 | 2301 Parish Drive |
| Oakland, CA 94612 | Walnut Creek, CA 94598 |
| | , 00000 |

United Credit Recovery
Po Box 953245
Lake Mary, FL  32795

Wells Fargo Bank
Overdraft Recovery Payment Proc Dept
A0143-042
P.O. Box 63491
San Francisco, CA  94163