MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
22320 FOOTHILL BLVD. STE 150
Telephone: (510) 266-5580
Fax: (510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: LUCITA CUEVAS LOVE ) Case No. 11-45825-WJL13
)
) CHAPTER 13
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
)
Debtor(s) )
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $98.55 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt |
|---|---|---|---|
| 11-45825-WJL13 | UNITED CREDIT RECOVERY<br>PO BOX 953245<br>LAKE MARY FL 32795 | $ 203.38 | $ 98.55 |
| | Total Unclaimed Dividends | | $ 98.55 |

Dated: April 15, 2016

_____
/s/ Martha G. Bronitsky, Chapter 13 Trustee